# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARDOQUEO GONZALEZ,<br><br>          Petitioner,<br>    vs.<br><br>DAVID JENNINGS, et al.,<br><br>          Respondents. | Case No. EDCV 15-01605-JVS (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition with prejudice.

DATED: June 6, 2016

                                              JAMES V. SELNA
                                              UNITED STATES DISTRICT JUDGE