JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MARDOQUEO GONZALEZ, <br><br> Petitioner, <br> vs. <br> DAVID JENNINGS, et al., <br><br> Respondents. | Case No. EDCV 15-01605-JVS (DTB) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: June 6, 2016

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

1